IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFERSON WAYNE
BOURGEOIS,

 Petitioner,

v.

STATE OF FLORIDA,

 Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1017

Opinion filed July 6, 2017.

Petition for Writ of Prohibition -- Original Jurisdiction.

William R. Wade, Milton, for Petitioner.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

 We grant respondent's motion to dismiss, and the petition for writ of prohibition is hereby dismissed.

WOLF, ROWE, and KELSEY, JJ., CONCUR.